# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| TERESA POWELL, | : | |
| Plaintiff, | : | |
| vs. | : | CA 19-0906-MU |
| ANDREW M. SAUL,<br>Commissioner of Social Security, | : | |
| | : | |
| Defendant. | | |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff benefits be affirmed.

**DONE** this the 2nd day of July, 2020.

　　　　　　　　　　　　　　　　　　 s/P. Bradley Murray
　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**